## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEO PHARMA A/S, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 10-269-SLR |
| | : | (Consolidated) |
| TOLMAR, INC., | : | |
| | : | |
| Defendant. | : | |
| LEO PHARMA A/S, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 10-715-SLR |
| | : | |
| TOLMAR, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **14th** day of **September, 2011.**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 25, 2011 at 4:00 p.m. Eastern Time** with Judge Thynge to discuss the status of the case and its affect on mediation.  **Jack B. Blumenfeld, Esquire shall initiate the teleconference call to 302-573-6173.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE